| | | | |
|---|---|---|---|
| Long v. Long | 08/23/2016 | 148 WAL (2016) | Denied | Pa.Super., 144 A.3d 195 |
| Mangan v. Safe Auto Ins. Co. | 08/10/2016 | 126 WAL (2016) | Denied | Pa.Super., 135 A.3d 666 |
| McGrath v. McGrath | 08/23/2016 | 166 WAL (2016) | Denied | Pa.Super., 144 A.3d 203 |
| Mumma, In re Estate of | 08/18/2016 | 823, 981, 982 MAL (2015) | Denied | Pa.Super., 125 A.3d 1205 |
| N.D.B., In re; A.A.B., In re [27] | 08/31/2016 | 546 MAL (2016) | Denied | |
| North City Development Co. v. General Foods, LLC [28] | 08/17/2016 | 52 EAL (2016) | Denied | Pa.Super., 134 A.3d 480 |
| Rancosky v. Washington Nat. Ins. Co. | 08/30/2016 | 127 WAL (2016) | Denied | Pa.Super., 130 A.3d 79 |
| Rearick v. Elderton State Bank | 08/30/2016 | 74 WAL (2016) | Denied | |
| Sacchetti, In re Estate of [29] | 08/30/2016 | 63 EAL (2016) | Denied | Pa.Super., 128 A.3d 273 |
| Starkey v. Segars | 08/10/2016 | 131 EAL (2016) | Denied | Pa.Super., 144 A.3d 198 |
| Wakeley v. Brunner | 08/29/2016 | 154 WAL (2016) | Denied | Pa.Super., 147 A.3d 1 |

**27.** Justice MUNDY did not participate in the consideration or decision of this matter.

**28.** Justice MUNDY did not participate in the consideration or decision of this matter.

**29.** Justice DONOHUE did not participate in the decision of this matter.